UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MATTHEW WHEELER,

Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

Defendant.

No.  1:15-CV-3030-JTR

ORDER GRANTING STIPULATED
MOTION FOR REMAND
PURSUANT TO SENTENCE FOUR
OF 42 U.S.C. § 405(g)

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 20.  Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney David J. Burdett represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 6.  After considering the file and proposed order, **IT IS ORDERED:**

1.      The parties' Stipulated Motion For Remand, **ECF No. 20**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall:  (1) consider all of the medical opinions and other source evidence of record, including the medical source opinions of Drs. Schneider and Kouzes and Shane Anderson, Pharm.D, and give reasons for the weight assigned to those opinions; (2) reassess Plaintiff's

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

residual function capacity and credibility; and (3) reassess steps four and five of the sequential evaluation process with the assistance of a vocational expert, if necessary.  The ALJ will hold a new hearing and take any other actions necessary to develop the record.  Plaintiff may submit additional evidence and present additional argument to the ALJ on remand.

       2.    **Judgment shall be entered for PLAINTIFF**.

       3.    Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **STRICKEN AS MOOT**.

       4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED November 19, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2